1  MELVIN R. GOLDMAN (CA SBN 34097)
   MGoldman@mofo.com
2  JAMES P. BENNETT (CA SBN 65179)
   JBennett@mofo.com
3  LORI A. SCHECHTER (CA SBN 139728)
   LSchechter@mofo.com
4  PAUL FLUM (CA SBN 104424)
   PaulFlum@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  415.268.7000
7  Facsimile:  415.268.7522

8  Attorneys for Defendants
   McKESSON CORPORATION,
9  ROBERT JAMES, and GREG STEPHEN YONKO

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14
   THE COMMONWEALTH OF VIRGINIA,          Case No.  C 11-02782 SI
15
                        Plaintiff,        **STIPULATION AND
16                                        [PROPOSED] ORDER
            v.                            REGARDING BRIEFING
17                                        SCHEDULE FOR
   McKESSON CORPORATION, ROBERT           MOTION TO DISMISS**
18 JAMES, AND GREG STEPHEN YONKO

19                     Defendants.

20

21         Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendants

22 McKesson Corporation, Robert James, and Greg Yonko ("Defendants") and Plaintiff

23 Commonwealth of Virginia ("Plaintiff"), by and through their undersigned attorneys, stipulate

24 and request a time modification as follows:

25         WHEREAS, Plaintiff filed the Complaint in the above-captioned action on June 8, 2011;

26         WHEREAS, pursuant to Rule 4(d)(3), Defendants' deadline to respond to the Complaint

27 is August 15, 2011 (see Docket Nos. 12-14);

28

1    WHEREAS, Defendants filed a motion to dismiss ("Motion") on August 15, 2011, and

2    noticed the hearing on the Motion for October 14, 2011;

3    WHEREAS, pursuant to Local Rule 7-3(a) and (c), Plaintiff's opposition to the Motion

4    will be due on August 29, 2011, and McKesson's reply will be due on September 5, 2011;

5    WHEREAS, on August 10, 2011, the parties in recognition of concurrently scheduled

6    briefing in related litigation have agreed to extend both Plaintiff's time to file its opposition and

7    Defendants' time to file their reply by one week;

8    WHEREAS, a one-week extension on both the opposition and reply would make

9    Plaintiff's opposition due Tuesday, September 6, 2011, following the Labor Day holiday, and

10    Defendants' reply due Tuesday, September 20, 2011;

11    WHEREAS, pursuant to Local Rule 6-2, the parties state that the requested time

12    modification will not affect any current case deadlines, and that the only previous time

13    modification in this action was the August 2, 2011, order rescheduling the case management

14    conference to September 22, 2011 (see Docket No. 15);

15    NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY

16    STIPULATE AND AGREE, through their counsel of record, as follows:

17    1.   Plaintiff shall file its opposition to Defendants' Motion on or before September 6,

18    2011.

19    2.   Defendants shall file their reply in support of the Motion on or before September 20,

20    2011.

21    3.   The hearing on the Motion shall be held Friday, October 14, 2011, at 9:00 a.m.

22    IT IS SO STIPULATED.

23

24

25

26

27

28

1    Dated:  August 15, 2011          MELVIN R. GOLDMAN

2                                       JAMES P. BENNETT
                                         LORI A. SCHECHTER

3                                          PAUL FLUM
                                         MORRISON & FOERSTER LLP

4

5                                          By:  /s/ Paul Flum
                                               PAUL FLUM

6                                          425 Market Street
                                         San Francisco, California 94105

7                                          Telephone: (415) 268-7000
                                         Facsimile: (415) 268-7522

8

9                                          Attorneys for Defendants
                                         McKESSON CORPORATION, ROBERT
                                         JAMES, and GREG STEPHEN YONKO

10

11    Dated:  August 15, 2011          STEVE W. BERMAN
                                         BARBARA A. MAHONEY

12                                          HAGENS BERMAN SOBOL SHAPIRO LLP

13                                          By:  /s/ Steve W. Berman
                                               STEVE W. BERMAN

14                                          1918 Eighth Avenue, Suite 3300

15                                          Seattle, WA  98101
                                         Telephone:  (206) 623-7292

16                                          Facsimile:   (206) 623-0594

17                                          Jeff D. Friedman
                                         HAGENS BERMAN SOBOL SHAPIRO LLP

18                                          715 Hearst Avenue, Suite 202

19                                          Berkeley, California 94710
                                         Telephone: (510) 725-3000

20                                          Facsimile: (510) 725-3001

21                                          Jennifer Fountain Connolly
                                         HAGENS BERMAN SOBOL SHAPIRO LLP

22                                          1629 K St. NW, Suite 300
                                         Washington, D.C. 20006

23                                          Telelphone: (202) 355-6435
                                         Facsimile: (202) 355-6455

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lelia P. Winget-Hernandez
Assistant Attorney General
VIRGINIA OFFICE OF THE ATTORNEY
GENERAL
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-1584
Facsimile: (804) 786-0807

Attorneys for Plaintiff
STATE OF VIRGINIA

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated:_____ 8/19/11 _____        _____

5                                                                      Hon. Susan Illston
                                                                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Paul Flum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Motion to Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Steve Berman has concurred in this filing.

Dated: August 15, 2011                                    By:    /s/ Paul Flum
                                                                          PAUL FLUM

                                                                          Counsel for Defendants
                                                                          McKESSON CORPORATION, ROBERT
                                                                          JAMES, and GREG STEPHEN YONKO