1   MELVIN R. GOLDMAN (CA SBN 34097)
    MGoldman@mofo.com
2   JAMES P. BENNETT (CA SBN 65179)
    JBennett@mofo.com
3   LORI A. SCHECHTER (CA SBN 139728)
    LSchechter@mofo.com
4   PAUL FLUM (CA SBN 104424)
    PaulFlum@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California 94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Defendants
    McKESSON CORPORATION,
9   ROBERT JAMES, and GREG STEPHEN YONKO

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14   THE COMMONWEALTH OF VIRGINIA,          Case No.  C 11-02782 SI

15              Plaintiff,                   **STIPULATION AND
                                             [PROPOSED] ORDER**
16        v.                                 **RESCHEDULING CMC**

17   McKESSON CORPORATION, ROBERT
18   JAMES, AND GREG STEPHEN YONKO

19              Defendants.

20

21        Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendants

22   McKesson Corporation, Robert James, and Greg Yonko ("Defendants"), and Plaintiff

23   Commonwealth of Virginia ("Plaintiff"), by and through their undersigned attorneys, stipulate

24   and request a time modification as follows:

25        WHEREAS, the Case Management Conference in this matter currently is scheduled to be

26   held on September 22, 2011, at 2:30 p.m. (*see* Dkt. No. 15);

27

28

1   WHEREAS, the undersigned counsel for Defendants, James Bennett and Paul Flum, have

2   existing commitments that conflict with the September 22, 2011 Case Management Conference;

3   WHEREAS, Defendants have filed a motion to dismiss, and the motion is scheduled to be

4   heard on October 14, 2011 (*see* Dkt. No. 18);

5   WHEREAS, the parties agree to reschedule the Case Management Conference currently

6   set for September 22, 2011 to October 14, 2011, the date of the hearing on the motion to dismiss;

7   WHEREAS, pursuant to Local Rule 6-2, the parties state that the requested time

8   modification will not affect any other case deadlines, and that the only previous time

9   modifications in this action were the August 2, 2011 Order entered on the Court's own motion

10   rescheduling the case management conference for September 22, 2011 (Dkt. No. 15), and the

11   August 24, 2011 Order extending by one week the opposition and reply deadlines for the pending

12   motion to dismiss (Dkt. No. 18);

13   NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY

14   STIPULATE AND AGREE, through their counsel of record, as follows:

15   1.   The Case Management Conference in this matter previously set for September 22,

16   2011, will be held on **October 14, 2011, at 2:30 p.m**.

17   IT IS SO STIPULATED.

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  September 12, 2011

MELVIN R. GOLDMAN
JAMES P. BENNETT
LORI A. SCHECHTER
PAUL FLUM
MORRISON & FOERSTER LLP

By:  /s/ Paul Flum
      PAUL FLUM

425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
McKESSON CORPORATION, ROBERT
JAMES, and GREG STEPHEN YONKO

Dated:  September 12, 2011

STEVE W. BERMAN
BARBARA A. MAHONEY
HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Steve W. Berman
      STEVE W. BERMAN

1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telelphone: (202) 355-6435
Facsimile: (202) 355-6455

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lelia P. Winget-Hernandez
Assistant Attorney General
VIRGINIA OFFICE OF THE ATTORNEY
GENERAL
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-1584
Facsimile: (804) 786-0807

Attorneys for Plaintiff
STATE OF VIRGINIA

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated:_____   9/13/11

_____

5

Hon. Susan Illston
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Paul Flum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Rescheduling CMC.  In compliance with General Order 45, X.B., I hereby attest that Steve Berman has concurred in this filing.

Dated: September 12, 2011        By:   /s/ Paul Flum
                                       PAUL FLUM

                                 Counsel for Defendants
                                 McKESSON CORPORATION, ROBERT
                                 JAMES, and GREG STEPHEN YONKO