1  MELVIN R. GOLDMAN (CA SBN 34097)
   MGoldman@mofo.com
2  JAMES P. BENNETT (CA SBN 65179)
   JBennett@mofo.com
3  PAUL FLUM (CA SBN 104424)
   PaulFlum@mofo.com
4  RYAN G. HASSANEIN (CA SBN 221146)
   RHassanein@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendants

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

14  THE COMMONWEALTH OF VIRGINIA,           Case No.   C 11-02782 SI

15           Plaintiff,                     STIPULATION AND [PROPOSED]
                                            MODIFIED PRETRIAL
16      v.                                  PREPARATION ORDER

17  MCKESSON CORPORATION, ROBERT
    JAMES, AND GREG YONKO
18
             Defendant.
19

1

2        Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendants

3  McKesson Corporation, Robert James, and Greg Stephen Yonko ("Defendants") and Plaintiff

4  Commonwealth of Virginia (collectively the "Parties"), by and through their undersigned

5  attorneys, stipulate and request the following modification to the Pretrial Preparation Order:

6        WHEREAS, on October 18, 2011, the Court entered a Pretrial Preparation Order in this

7  action, *Commonwealth of Virginia v. McKesson Corp.*, Case No. 11-02782 SI (the "*Virginia*

8  *Action*");

9        WHEREAS, on March 20, 2012, the Court entered a Pretrial Preparation Order in a

10  related action, *State of Oregon v. McKesson Corp.*, Case No. 11-5384 SI (the "*Oregon Action*");

11        WHEREAS, on August 24, 2012, the Court held a Case Management Conference where

12  the Court scheduled the next case management conference on December 14, 2012, and directed

13  the parties to renew their settlement discussions before then, and where the parties agreed that,

14  given the current status of discovery, the *Virginia Action* should follow the schedule previously

15  set in the *Oregon Action*;

16        WHEREAS, pursuant to Local Rule 6-2, the Parties state that the previous time

17  modifications in this action include the August 2, 2011, order rescheduling the initial case

18  management conference to September 22, 2011 (*see* Docket No. 15), the August 15, 2011,

19  stipulation to modify the briefing schedule for Defendants' Motion to Dismiss (*see* Docket No.

20  17), the September 14, 2011 order rescheduling the initial case management conference to

21  October 14, 2011 (*see* Docket No. 22), the March 30, 2012, order rescheduling a case

22  management conference for April 6, 2012 (*see* Docket No. 36) and the May 31, 2012, order

23  continuing a case management conference to August 24, 2012 (*see* Docket 41).

24        NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY

25  STIPULATE AND AGREE, through their counsel of record, that the schedule set forth in the

26  Court's Pretrial Preparation Order, entered on October 18, 2011, should be modified as follows to

27  conform to the Court's Pretrial Preparation Order in the *Oregon Action*:

28  FURTHER CASE MANAGEMENT: December 14, 2012 at 3:00 p.m.

STIPULATION AND [PROPOSED] MODIFIED PRETRIAL PREPARATION ORDER
CASE NO. C11-02782 SI
sf-3188132

1

Counsel *must* file a joint case management statement seven days in advance of the conference.

NON-EXPERT DISCOVERY CUTOFF is February 8, 2013.

DESIGNATION OF EXPERTS:  February 18, 2013;  REBUTTAL:  March 4, 2013.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 20, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by April 5, 2013;

    Opp. Due April 19, 2013; Reply Due April 26, 2013;

    and set for hearing no later than May 10, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE:  June 25, 2013 at 3:30 PM.

JURY TRIAL DATE:  ~~June~~ July 8, 2013 at 8:30 AM.
    Courtroom 10, 19th floor.

    IT IS SO STIPULATED.

Dated:  August 28, 2012                MELVIN R. GOLDMAN
                                       PAUL FLUM
                                       JAMES P. BENNETT
                                       RYAN G. HASSANEIN
                                       MORRISON & FOERSTER LLP


                                       By:  /s/ Paul Flum
                                            Paul Flum

                                       425 Market Street
                                       San Francisco, California 94105
                                       Telephone: (415) 268-7000
                                       Facsimile: (415) 268-7522

                                       Counsel for Defendants
                                       MCKESSON CORPORATION, ROBERT
                                       JAMES, and GREG YONKO


Dated:  August 28, 2012                STEVE W. BERMAN
                                       BARBARA A. MAHONEY
                                       HAGENS BERMAN SOBOL SHAPIRO LLP


                                       By:  /s/ Steve W. Berman
                                            Steve W. Berman

                                       1918 Eighth Avenue, Suite 3300
                                       Seattle, WA  98101
                                       Telephone:  (206) 623-7292
                                       Facsimile:  (206) 623-0594

STIPULATION AND [~~PROPOSED~~] MODIFIED PRETRIAL PREPARATION ORDER
CASE NO. C11-02782 SI
sf-3188132

2

steve@hbsslaw.com
barbaram@hbsslaw.com

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telelphone: (202) 355-6435
Facsimile: (202) 355-6455

Lelia P. Winget-Hernandez
Assistant Attorney General
VIRGINIA OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-1584
Facsimile: (804) 786-0807

Counsel for Plaintiff
COMMONWEALTH OF VIRGINIA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   August  29 , 2012

_____
Hon. Susan Illston
United States District Judge