1
2
3
4
5    IN THE UNITED STATES DISTRICT COURT
6    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| 8  THE COMMONWEALTH OF VIRGINIA, | No. C 11-2782 SI |
| 9        Plaintiff, | |
| 10       v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL DECEMBER 18, 2012 AT 10:00 A.M.** |
| 11  McKESSON CORPORATION, et al., | |
| 12       Defendants. | |
| 13                                          / | |

The Case Management Conference currently scheduled for Friday, December 14, 2012 is continued until **Tuesday, December 18, 2012 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: December 13, 2012

SUSAN HILLSTON
United States District Judge