Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

COMMONWEALTH OF VIRGINIA )
                         )  Case No: 11-cv-2782 SI
            Plaintiff(s), )
                         )  **APPLICATION FOR**
         v.              )  **ADMISSION OF ATTORNEY**
                         )  **PRO HAC VICE**
McKESSON CORPORATION     )  (CIVIL LOCAL RULE 11-3)
                         )
            Defendant(s). )

I, **Adele M. Neiburg**, an active member in good standing of the bar of **Virginia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiff** in the above-entitled action. My local co-counsel in this case is **Jeff D. Friedman (173886)**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 900 E. Main Street<br>Richmond, Virginia 23219 | 715 Hearst Avenue, Suite 202<br>Berkeley, California 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (804) 786-3238 | (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ANeiburg@oag.state.va.us | jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **68482**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/03/13

                                                    Adele M. Neiburg
                                                      APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Adele M. Neiburg** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/13

                                             /s/ Susan Illston
                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT ADELE MCDONALD NEIBURG IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MRS. NEIBURG WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 15, 2004, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued April 2, 2013

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER