MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
PAUL FLUM (CA SBN 104424)
PaulFlum@mofo.com
RYAN HASSANEIN (CA SBN 221146)
RHassanein@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendants
McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COMMONWEALTH OF VIRGINIA,<br><br>                          Plaintiff,<br><br>    v.<br><br>MCKESSON CORPORATION, ROBERT JAMES, AND GREG STEPHEN YONKO,<br><br>                          Defendants. | Case No. CV-11-02782 SI<br><br>STIPULATION AND MODIFIED [P~~ROPOSED~~] PRETRIAL PREPARATION ORDER |

1    Plaintiff Commonwealth of Virginia and Defendant McKesson Corporation (collectively
2    the "Parties"), stipulate and request the following modification to the Pretrial Preparation Order:
3    WHEREAS, on April 17, 2013, the Court held a Case Management Conference, continued
4    the trial of this action from October 28, 2013 to November 18, 2013, and asked the Parties to
5    submit a revised scheduling order continuing the other case deadlines to conform to the new trial
6    date; and
7    WHEREAS, pursuant to Local Rule 6-2, the Parties state that the previous time
8    modifications in this action include the August 2, 2011 order rescheduling the initial case
9    management conference to September 22, 2011 (*see* Docket No. 15); the August 15, 2011
10   stipulation to modify the briefing schedule for Defendants' Motion to Dismiss (*see* Docket No. 17);
11   the September 14, 2011 order rescheduling the initial case management conference to October 14,
12   2011 (*see* Docket No. 22); the March 30, 2012 order rescheduling a case management conference
13   for April 6, 2012 (*see* Docket No. 36); the May 31, 2012 order continuing a case management
14   conference to August 24, 2012 (*see* Docket No. 41); the August 29, 2012 stipulation and
15   modification of the Pretrial Preparation Order (*see* Docket No. 45); the December 14, 2012 order
16   rescheduling the case management conference to December 18, 2012 (*see* Docket No. 49); and the
17   January 2, 2013 stipulation and modification of the Pretrial Preparation Order (*see* Docket No. 52).
18   NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY
19   STIPULATE AND AGREE that the schedule set forth in the Court's Modified Pretrial Preparation
20   Order, entered on January 2, 2013, should be modified by extending all relevant deadlines by
21   approximately three weeks, as follows:
22   FURTHER CASE MANAGEMENT CONFERENCE:  August 16, 2013 at 3 p.m.
23   NON-EXPERT DISCOVERY CUTOFF: June 17, 2013.
24   DESIGNATION OF EXPERTS: June 24, 2013; REBUTTAL: July 15, 2013; RESPONSE
25   TO REBUTTAL: July 26, 2013.
26   Parties SHALL conform to Rule 26(a)(2).
27   EXPERT DISCOVERY CUTOFF:  August 9, 2013.
28

1    DISPOSITIVE MOTIONS SHALL be filed by August 16, 2013; Opposition Due August
2    30, 2013; Reply Due September 6, 2013; and set for hearing September 20, 2013, or a date and
3    time convenient for the Court.

4    Defendants may file two motions for summary judgment: (1) an early motion on statute of
5    limitations issues, to be filed before and noticed for hearing after the February 27, 2013 Mediation;
6    and (2) a second motion after the close of discovery, to be briefed and heard on the schedule set
7    forth above.

8    PRETRIAL CONFERENCE DATE:  November 5, 2013, or a date and time convenient for
9    the Court.

10   JURY TRIAL DATE: November 18, 2013, at 8:30 AM., Courtroom 10, 19th floor.

11   IT IS SO STIPULATED.

12   DATED:  April 26, 2013                  MORRISON & FOERSTER LLP
                                             MELVIN R. GOLDMAN
13                                           JAMES P. BENNETT
                                             PAUL FLUM
14                                           MORRISON & FOERSTER LLP
                                             425 Market Street
15                                           San Francisco, California  94105-2482
                                             Telephone:  415.268.7000
16                                           Facsimile:  415.268.7522
                                             MGoldman@mofo.com
17                                           JBennett@mofo.com
                                             PaulFlum@mofo.com
18

19                                  By:  /s/ Paul Flum
                                             PAUL FLUM
20
                                             Attorneys for Defendant
21                                           McKESSON CORPORATION

22
     DATED:  April 26, 2013                  HAGENS BERMAN SOBOL SHAPIRO LLP
23
                                    By:   /s/ Steve W. Berman
24                                              STEVE W. BERMAN
                                             Steve W. Berman (*pro hac vice*)
25                                           Barbara A. Mahoney (*pro hac vice*)
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
26                                           1918 Eighth Avenue, Suite 3300
                                             Seattle, WA  98101
27                                           Telephone:  (206) 623-7292
                                             Facsimile:   (206) 623-0594
28                                           Email:  steve@hbsslaw.com

STIPULATION AND MODIFIED [PROPOSED] PRETRIAL PREPARATION ORDER
CASE NO. CV-11-02782 SI                          2
sf-3276875

| | |
|---|---|
| 1 | Email:  barbaram@hbsslaw.com |
| 2 | JEFF D. FRIEDMAN |
| 3 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA  94710 |
|   | Telephone:  (510) 725-3000 |
| 4 | Facsimile:   (510) 725-3001<br>Email:  jefff@hbsslaw.com |

Lelia P. Winget-Hernandez (*pro hac vice*)
Assistant Attorney General
VIRGINIA OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia  23219
Telephone:  (804) 786-1584
Facsimile:   (804) 786-0807
LWinget-Hernandez@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

STIPULATION AND MODIFIED [PROPOSED] PRETRIAL PREPARATION ORDER
CASE NO. CV-11-02782 SI
sf-3276875

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ 11/30/13 _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE