1  MELVIN R. GOLDMAN (CA SBN 34097)
   MGoldman@mofo.com
2  JAMES P. BENNETT (CA SBN 65179)
   JBennett@mofo.com
3  PAUL FLUM (CA SBN 104424)
   PaulFlum@mofo.com
4  RYAN G. HASSANEIN (CA SBN 221146)
   RHassanein@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendant McKesson Corporation

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

14 | THE COMMONWEALTH OF VIRGINIA,        | Case No.   C 11-02782 SI
15 |             Plaintiff,                | STIPULATION AND [P~~ROPOSED~~]
   |                                       | ORDER REGARDING OUTSTANDING
16 |         v.                            | DISCOVERY DISPUTES
17 | McKESSON CORPORATION                  | Trial Date: November 18, 2013
18 |             Defendant.                |

STIPULATION AND [PROPOSED] ORDER REGARDING OUTSTANDING DISCOVERY DISPUTES
CASE NO. C11-02782 SI

1   WHEREAS, fact discovery in this matter closed on Monday, June 17, 2013, and trial is
2   scheduled to begin on November 18, 2013.

3   WHEREAS, Defendant McKesson Corporation and Plaintiff Commonwealth of Virginia
4   (collectively the "Parties") are in the process of meeting and conferring pursuant Section 2 of this
5   Court's Standing Order regarding certain discovery disputes.

6   WHEREAS, Section 2 of this Court's Standing Order provides that if litigants cannot
7   resolve discovery disputes informally through the meet and confer process, they shall submit a
8   joint statement to the Court stating the nature and status of their dispute, and further provides that,
9   after considering the joint statement, the Court will advise the parties regarding the need, if any,
10  for more formal briefing or a hearing, pursuant to Civil Local Rule 7-1(b).

11  WHEREAS, pursuant to Local Rule 37-3, all motions to compel must be filed no more
12  than seven days after the close of discovery, *i.e.,* June 21, 2013.

13  WHEREAS, the Parties wish to continue their meet and confer discussions and believe
14  that it would be beneficial to establish a July 8, 2013 deadline to submit a joint statement if they
15  are unable to fully resolve the current discovery disputes.

16  NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES STIPULATE
17  that the deadline to comply with the provisions of the Court's Standing Order regarding discovery
18  disputes, including the submission of a joint statement regarding any matters that remain in
19  dispute after conclusion of the meet and confer process, shall be July 8, 2013, without waiver of
20  their right to file a motion to compel thereafter if authorized by the Court.

21  The PARTIES FURTHER STIPULATE that this Stipulation and Proposed Order shall not
22  be the basis for any Party to seek a continuance of the trial date or any other case deadline.

23
24
25
26
27
28

1    IT IS SO STIPULATED.

2   Dated: June 21, 2013                MELVIN R. GOLDMAN
                                        PAUL FLUM
3                                       JAMES P. BENNETT
                                        RYAN G. HASSANEIN
4                                       MORRISON & FOERSTER LLP

5
                                        By:  /s/ Paul Flum
6                                                Paul Flum

7                                       425 Market Street
                                        San Francisco, California 94105
8                                       Telephone: (415) 268-7000
                                        Facsimile: (415) 268-7522
9
                                        Counsel for Defendants
10                                      MCKESSON CORPORATION

11

12  Dated:  June 21, 2013               STEVE W. BERMAN
                                        BARBARA A. MAHONEY
13                                      HAGENS BERMAN SOBOL SHAPIRO LLP

14
                                        By:  /s/ Barbara A. Mahoney
15                                               Barbara A. Mahoney

16                                      Steve W. Berman
                                        1918 Eighth Avenue, Suite 3300
17                                      Seattle, WA  98101
                                        Telephone:  (206) 623-7292
18                                      Facsimile:   (206) 623-0594
                                        steve@hbsslaw.com
19                                      barbaram@hbsslaw.com

20                                      Jeff D. Friedman
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
21                                      715 Hearst Avenue, Suite 202
                                        Berkeley, California 94710
22                                      Telephone: (510) 725-3000
                                        Facsimile: (510) 725-3001
23

24

25

26

27

28

1
2
3
4
        Jennifer Fountain Connolly
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1629 K St. NW, Suite 300
        Washington, D.C. 20006
        Telephone: (202) 355-6435
        Facsimile: (202) 355-6455

5
6
7
8
9
        Lelia P. Winget-Hernandez
        Assistant Attorney General
        VIRGINIA OFFICE OF THE ATTORNEY GENERAL
        900 East Main Street
        Richmond, Virginia 23219
        Telephone: (804) 786-1584
        Facsimile: (804) 786-0807

10
11
        Counsel for Plaintiff
        COMMONWEALTH OF VIRGINIA

12
13    PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
15 Dated: June ~~21~~, 2013

                              */s/ Susan Illston*
16                             Hon. Susan Illston
                            United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER 45 ATTESTATION**

I, Paul Flum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Outstanding Discovery Disputes. In compliance with General Order 45, X.B., I hereby attest that Barbara Mahoney has concurred in this filing.

Dated: June 21, 2013　　　　　　　　　　By:　/s/ Paul Flum
　　　　　　　　　　　　　　　　　　　　　　　PAUL FLUM

　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　MCKESSON CORPORATION