IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE COMMONWEALTH OF VIRGINIA,

        Plaintiff,

  v.

MCKESSON CORPORATION, ROBERT JAMES, and GREG STEPHEN YONKO.

        Defendants.
                                  /

No. C 11-02782 SI

**ORDER SETTING DEADLINE TO EXCHANGE PROPOSED TRIAL EXHIBITS AND RESCHEDULING CASE MANAGEMENT CONFERENCE**

At the parties' request, the deadline for the parties to exchange their proposed trial exhibits is set for October 11, 2013.

The Case Management Conference scheduled for August 16, 2013 is continued to Friday, September 20, 2013 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: August 15, 2013

                                                                      _____
                                                                      SUSAN ILLSTON
                                                                      United States District Judge