Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Attorneys for Plaintiff
The Commonwealth of Virginia

IT IS SO ORDERED
*Susan Illston signature*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COMMONWEALTH OF VIRGINIA,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, ROBERT JAMES, AND GREG STEPHEN YONKO,<br><br>Defendants. | Case No. C 11-02782 SI<br><br>**THE COMMONWEALTH OF VIRGINIA'S STIPULATION OF DIMISSAL** |

001821-28 650859 V1

Please take note that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Commonwealth of Virginia and McKesson Corporation hereby stipulate to the dismissal of the Commonwealth of Virginia's claims in this action with prejudice and with each party to bear its own costs.

DATED:  November 1, 2013

| Plaintiff Commonwealth of Virginia<br>By their Attorneys: | Defendant McKesson Corporation<br>By its Attorneys: |
|---|---|
| /s/ Steve W. Berman<br>    Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594 | /s/ Paul Flum<br>    Paul Flum<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:   (415) 268-7522 |

VIRGINIA'S STIPULATION OF
 DISMISSAL                                                           - 1 -
Case No. C 11-02782 SI
001821-28 650859 V1

**GENERAL ORDER 45 ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file the Commonwealth of Virginia's Stipulation of Dismissal.  In compliance with General Order 45, X.B., I hereby attest that Paul Flum has concurred in this filing.

Dated:  November 1, 2013                                By:   /s/ Steve W. Berman
                                                                           PAUL FLUM

                                                                  Counsel for Plaintiff
                                                                  THE COMMONWEALTH OF VIRGINIA

VIRGINIA'S STIPULATION OF DISMISSAL                                                                - 2 -
Case No. C 11-02782 SI
001821-28  650859 V1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on November 1, 2013.

/s/ Steve W. Berman
Steve W. Berman

VIRGINIA'S STIPULATION OF DISMISSAL - 3 -
Case No. C 11-02782 SI
001821-28 650859 V1